EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-7177
    E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$20,485.00 IN U.S. CURRENCY,<br><br>    Defendant. | SACV 15-01310-AG (DFMx)<br><br>[~~PROPOSED~~]<br>**DEFAULT JUDGMENT OF FORFEITURE** |

    On August 14, 2015, plaintiff United States of America filed a Complaint for Forfeiture alleging that the defendant $20,485.00 in U.S. currency ("defendant currency") was subject to forfeiture.

1    On November 20, 2015, a default by the clerk as to the
2 Complaint for Forfeiture was entered against the interests of
3 Kalin Poe and all other potential claimants.  The Court having
4 been duly advised of and having considered the matter,
5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
6    1.   This Court has jurisdiction over the subject matter of
7 this action and over the parties.
8    2.   The Verified Complaint for Forfeiture states a claim
9 for relief.
10   3.   Notice of this action has been given in the manner
11 required by law.  No appearances were made in this action by any
12 claimant.  The Court deems that all potential claimants,
13 including Kalin Poe, admit as true the allegations of the
14 Verified Complaint for Forfeiture.
15   4.   A default judgment shall be and hereby is entered
16 against the interests of all potential claimants, including
17 Kalin Poe, in the defendant currency.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

5. The defendant currency shall be and hereby is forfeited to the United States of America and shall be disposed of in the manner required by law.

DATED: January 25, 2016

_____
THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Jonh J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA